# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-cr-00347-JLS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JOHNTELL MARTY STEWARD, AKA: JOHN MARTY STEWARD | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine, Cocaine, and Heroin

(Felony)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/14/16

William V. Gallo
U.S. Magistrate Judge

FILED
JUL 14 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY